## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| VITO S. S., JR., | ) |
| | ) |
|           Plaintiff, | ) |
|   v. | )   No.   2:18-cv-229-GZS |
| | ) |
| ANDREW M. SAUL, Commissioner | ) |
| Of Social Security, | ) |
| | ) |
|           Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed June 24, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissoner's Decision is **AFFIRMED**.

                                                                        /s/ George Z. Singal
                                                                         United States District Judge

Dated this 15th day of July, 2019.